LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JESSICA L. PAHL
(202) 434-5108
jlpahl@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 8, 2015

Via ECF

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *In re Barclays Liquidity Cross and High Frequency Trading Litigation*, No. 1:14-md-02589-JMF (This Document Relates to *City of Providence, Rhode Island, et al. v. BATS Global Markets, Inc., et al.*, 1:14-cv-02811-JMF (S.D.N.Y.))

Dear Judge Furman,

  I represent New York Stock Exchange LLC and NYSE Arca, Inc. and write on behalf of the Exchanges[1] to respectfully request oral argument on their Motion to Dismiss the Second Consolidated Amended Complaint [D.E. #8]. The Exchanges believe oral argument will aid the Court in resolving the motion and help address any questions the Court may have after reviewing the parties' papers.

                Respectfully submitted,

                *Jessica Pahl*

                Jessica Pahl

---

[1] "Exchanges" refers herein to BATS Global Markets, Inc., Chicago Stock Exchange, Inc., Direct Edge ECN, LLC, The NASDAQ Stock Exchange LLC, NASDAQ OMX BX, Inc., New York Stock Exchange, LLC, and NYSE Arca, Inc.