**Robbins Geller Rudman & Dowd** LLP

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

David W. Mitchell
davidm@rgrdlaw.com

June 11, 2015

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

>        Re:    *In re Barclays Liquidity Cross and High Frequency Trading Litigation*,
>               No. 14-MD-2589 (JMF) (S.D.N.Y.)

Dear Judge Furman:

On behalf of Lead Counsel in *City of Providence, Rhode Island, et al. v. BATS Global Markets, Inc., et al.*, No. 1:14-cv-2811, I write in response to the Court's May 13, 2015 Order (Dkt. No. 36).  On the Exchange Defendants' Motion to Dismiss the Second Consolidated Amended Complaint (Dkt. No. 7), Patrick J. Coughlin of Robbins Geller Rudman & Dowd LLP will argue on behalf of plaintiffs.  On Barclays PLC's Motion to Dismiss (Dkt. No. 15), Barry M. Okun of Labaton Sucharow LLP will argue on behalf of plaintiffs.

Very truly yours,

s/ David W. Mitchell

DAVID W. MITCHELL

DWM:sll

cc:    All Counsel of Record (via ECF)

1040276_1