**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Douglas R. Cox
Direct: +1 202.887.3531
Fax: +1 202.530.9539
DCox@gibsondunn.com

Client: 66649-00039

June 11, 2015

VIA CM/ECF

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:     *In re Barclays Liquidity Cross and High Frequency Trading Litig.*, No. 14-md-2589

Dear Judge Furman:

I am counsel of record for The NASDAQ Stock Market LLC and NASDAQ OMX BX, Inc. in *City of Providence v. BATS Global Markets, Inc.*, No. 14-cv-2811, which is part of the above-referenced MDL.

Pursuant to this Court's May 13, 2015 order, *see* D.E. 36, I write to inform the Court that I will present oral argument on behalf of all Exchange Defendants at the June 18, 2015, hearing on their joint motion to dismiss.  As the Court is aware, the Exchange Defendants are BATS Global Markets, Inc.; Chicago Stock Exchange, Inc.; Direct Edge ECN, LLC; The NASDAQ Stock Market LLC; NASDAQ OMX BX, Inc.; New York Stock Exchange LLC; and NYSE Arca, Inc.

Respectfully submitted,

  /s/ Douglas R. Cox

Douglas R. Cox

cc:  Counsel of Record (by CM/ECF)

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.