UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>BARCLAYS LIQUIDITY CROSS AND HIGH FREQUENCY TRADING LITIGATION<br><br>*This Document Relates To City of Providence, Rhode Island, et al.* v. *BATS Global Markets, Inc., et al.*, 1:14-cv-02811-JMF (S.D.N.Y.) (consolidated) | 14-MD-2589 (JMF)<br><br>NOTICE OF MOTION TO CERTIFY MAY 28, 2019 OPINION AND ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Certify May 28, 2019 Opinion and Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), the undersigned, as attorneys for Defendants BATS Global Markets, Inc., Chicago Stock Exchange, Inc., Direct Edge ECN, LLC, The Nasdaq Stock Market LLC, Nasdaq OMX BX, Inc., New York Stock Exchange, LLC, and NYSE Arca, Inc. will move this Court, before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined, for an order certifying this Court's May 28, 2019, Opinion and Order that denied Defendants' renewed motion to dismiss the second consolidated amended complaint for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and staying all proceedings pending that appeal.

<div style="display: flex;">
<div style="flex: 1;">

June 17, 2019

By: /s/ Douglas W. Henkin (by permission)
Douglas W. Henkin
Justine N. Margolis
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800

*Counsel for New York Stock Exchange LLC,
NYSE Arca Inc.,
and Chicago Stock Exchange, Inc.*


By: /s/ Paul E. Greenwalt III (by permission)
Paul E. Greenwalt III
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5702
Facsimile: (312) 258-5600

*Counsel for BATS Global Markets, Inc. (n/k/a
Cboe Bats, LLC) and Direct Edge ECN, LLC*

</div>
<div style="flex: 1;">

Respectfully submitted,

By: /s/ Robert F. Serio
Robert F. Serio
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3917
Facsimile: (212) 351-5246

Douglas R. Cox
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9539

*Counsel for The Nasdaq Stock Market LLC
and Nasdaq OMX BX, Inc.*

</div>
</div>