# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 28, 2019

By ECF

Hon. Jesse M. Furman,
  United States District Court,
    Southern District of New York,
      40 Centre Street, Room 2202,
        New York, New York  10007.

Re:   *In re Barclays Liquidity Cross and High Frequency Trading*
      *Litigation*, Case No. 1:14-md-02589 (S.D.N.Y.)

Dear Judge Furman:

        I write on behalf of former defendants Barclays PLC and Barclays Capital Inc. (together, "Barclays") regarding an apparently erroneous docket entry that incorrectly suggests that Barclays remains a defendant in the above-referenced action. (The entry appears between docket numbers 117 and 118.)  This Court dismissed all claims against Barclays in its August 26, 2015 Opinion and Order granting Defendants' Motions to Dismiss. (ECF No. 50.)  After appealing this Court's August 26, 2015 Order, Plaintiffs voluntarily withdrew their appeal as to Barclays.  A copy of the Second Circuit's order so ordering Plaintiffs' stipulation withdrawing their appeal as to Barclays is attached to this letter as Exhibit A.  When the action was returned to this Court, both this Court and the parties acknowledged that Barclays is no longer a party.  (*See* ECF No. 88 at 4:23-5:2.)  However, following the Court's June 24, 2019 Scheduling Order, a docket entry reflecting deadlines for defendants to answer the operative complaint erroneously indicated that Barclays' answers are due on July 25, 2019.  For the avoidance of doubt and to prevent confusion, Barclays requests that this Court issue an order directing the Clerk of the Court to correct the docket to reflect that the Barclays entities are no longer parties to this action and are not required to answer the Second Consolidated Amended Complaint.

                                        Respectfully submitted,

                                        */s/ Jeffrey T. Scott*
                                        Jeffrey T. Scott

(Attachment)

cc:   All counsel of record (by ECF)

# Exhibit A

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

       At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fifteen.

_____

City of Providence, Rhode Island, Employees'
Retirement System of the Government of the Virgin
Islands, Forsta AP-fonden, Plumbers and Pipefitters
National Pension Fund,

          Lead Plaintiffs-Appellants,

State-Boston Retirement System,

          Plaintiff-Appellant,

Great Pacific Securities, on behalf of itself and all others
 similarly situated,

          Plaintiff,

American European Insurance Company, James J. Flynn,
Harel Insurance Company Ltd., Dominic A. Morelli,

          Consolidated-Plaintiffs,

      v.

Barclays Capital Inc., Barclays PLC, Bats Global Markets,
Inc., Chicago Stock Exchange Inc., Direct Edge ECN, LLC,
 NYSE Arca, Inc., NASDAQ OMX BX Inc., New York
Stock Exchange LLC, The Nasdaq Stock Market, LLC,

          Defendants-Appellees,

Does, 1-5, inclusive,

          Defendant.

_____

**ORDER**
Docket No. 15-3057

The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellees Barclays PLC and Barclays Capital Inc, pursuant to FRAP 42(b).

The stipulation hereby is so ordered.   The appeal shall proceed with respect to the remaining appellees.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit